IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY WELLS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv1222-MHT |
| | ) | (WO) |
| KARLA JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 3) is denied.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of February, 2017.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE